E-filing

1  McCARTHY, JOHNSON & MILLER
      LAW CORPORATION
2  LORI A. NORD, ESQ., #87993
   595 Market Street, Suite 2200
3  San Francisco, CA  94105
   Telephone:  (415) 882-2992
4  Facsimile:  (415) 882-2992
   E-mail:    lnord@mjmlaw.us
5
6  Attorneys for Plaintiffs

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE U.A. LOCAL      )  No. C 05 4285 JSW
   NO. 355 HEALTH AND WELFARE TRUST        )
12 FUND; U.A. LOCAL NOS. 343 AND 355       )  STIPULATION FOR EXTENSION
   DEFINED CONTRIBUTION PLAN; BOARD OF     )  OF TIME TO ANSWER COMPLAINT
13 TRUSTEES OF THE NORTHERN                )  AND ORDER
   CALIFORNIA/NORTHERN NEVADA UTILITY      )
14 JOURNEYMAN AND APPRENTICE TRAINING      )
   TRUST FUND; AND U.A. LOCAL NO. 355      )
15 LABOR-MANAGEMENT COOPERATION            )
   COMMITTEE TRUST FUND,                   )
16                                         )
17              Plaintiffs,                )
                                           )
18      v.                                 )
                                           )
19 IMAGE LANDSCAPE, INC., a California     )
   Corporation,                           )
20                                         )
                Defendant.                 )
21 _____)

22      IT IS HEREBY STIPULATED AND AGREED by and between the parties

23 hereto, personally or by their counsel, that:

24      1.    Plaintiffs hereby grant defendants a sixty (60) day

25 extension of time until January 23, 2006 in which to answer the

26 Complaint filed by plaintiffs and served on defendant.

27      2.    No previous extension of time has been granted.  This

28 extension was made to allow time for the parties to hopefully

1  settle this matter and for the defendant to find counsel should the

2  case not settle shortly.

3      3.   The parties' last day to meet and confer, file Joint ADR

4  Certification, or Notice of Need for ADR Phone Conference will be

5  March 3, 2006 because plaintiffs' counsel will be on a scheduled

6  vacation and out of the country from February 4 through 22, 2006.

7      4.   The parties' last day to complete initial disclosures and

8  file Rule 26(f) report is March 17, 2006.

9      5.   The Initial Case Management Conference currently

10 scheduled for January 27, 2006 at 1:30 P.M. be continued to

11 sometime on or after March 27, 2006 (to be scheduled at the Court's

12 convenience).

13

14                              McCARTHY, JOHNSON & MILLER
                                     LAW CORPORATION
15

16 Dated:  _11/29/05_____       By:  _Lori Nord_____

17                                     LORI A. NORD
                                       Attorneys for Plaintiffs
18

19                              IMAGE LANDSCAPE

20 Dated:  _11/28/05_____       By:  _____

21                                     BRIAN MASUNAGA
                                       President
22

23     IT IS SO ORDERED that the date for answering the complaint is

24 extended to January 23, 2006.  The Court's Order of October 21,

25 2005 setting Initial Case Management is vacated.  ~~The Court will~~

26 ~~Issue a new Case Management Order.~~
   The case management conference shall be continued to March 31, 2006 at 1:30 p.m.

27 Dated:    January 3, 2006      _____

28                                JEFFREY S. WHITE
                                  United States District Court Judge