```
 1  McCARTHY, JOHNSON & MILLER
        LAW CORPORATION
 2  LORI A. NORD, ESQ., #87993
    595 Market Street, Suite 2200
 3  San Francisco, CA  94105
    Telephone:  (415) 882-2992
 4  Facsimile:  (415) 882-2992
    E-mail:     lnord@mjmlaw.us
 5
    Attorneys for Plaintiffs
 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES OF THE U.A. LOCAL  ) No. C 05 4285 JSW
    NO. 355 HEALTH AND WELFARE TRUST     )
12  FUND; U.A. LOCAL NOS. 343 AND 355    ) **NOTICE AND ORDER RE
    DEFINED CONTRIBUTION PLAN; BOARD OF  ) DISMISSAL**
13  TRUSTEES OF THE NORTHERN             )
    CALIFORNIA/NORTHERN NEVADA UTILITY   )
14  JOURNEYMAN AND APPRENTICE TRAINING   )
    TRUST FUND; AND U.A. LOCAL NO. 355   )
15  LABOR-MANAGEMENT COOPERATION         )
    COMMITTEE TRUST FUND,                )
16                                       )
                  Plaintiffs,            )
17                                       )
         v.                              )
18                                       )
    IMAGE LANDSCAPE, INC., a California  )
19  Corporation,                         )
                                         )
20                Defendant.             )
    _____)
21

22       PLAINTIFFS HEREBY request that the above-entitled action be

23  dismissed pursuant to Rule 41(a)(1)(i) of the Federal Rules of

24  Civil Procedure.

25  Dated:  March 21, 2006             McCARTHY, JOHNSON & MILLER
                                           LAW CORPORATION
26

27
                                       By: ___/s/  Lori A. Nord_____
28                                          LORI A. NORD
                                            Attorneys for Plaintiffs


    NOTICE AND ORDER RE DISMISSAL - C 05 4285 JSW                Page 1
```

1 | SO ORDERED:
2 |
3 | Dated: March 22, 2006           _____
4 |                                          JUDGE
                                    United States District Court

NOTICE AND ORDER RE DISMISSAL - C 05 4285 JSW                    Page 2

DECLARATION OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the State of California. I am over the age of eighteen years and not a party to the within matter. My business address is 595 Market Street, Suite 2200, San Francisco, California 94105.

I am familiar with the practice of McCarthy, Johnson & Miller Law Corporation for collection and processing of correspondence for mailing with the United States Postal Service. It is the practice that correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

I served the following document(s) by placing a true copy of each such document for collection and mailing, in the course of ordinary business practice, with other correspondence of McCarthy, Johnson & Miller Law Corporation, located at 595 Market Street, Suite 2200, San Francisco, California 94105, on March 21, 2006, enclosed in a sealed envelope with postage fully prepaid, addressed in the manner set forth immediately below this declaration.

Document(s) served:

**NOTICE AND ORDER RE DISMISSAL**

I declare under penalty of perjury that the foregoing is true and correct.

Dated at San Francisco, California, on March 21, 2006.


By   /s/  Diane Nakamura
         DIANE NAKAMURA


Mr. Brian Masunaga
Image Landscape, Inc.
4800 Amber Lane
Sacramento, CA  95841